**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ADRIAN SOFIAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2023-PRW** |
| | ) | |
| **TODD BLANCHE et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Currently before the Court is Petitioner's Motion for Summary Judgment with attached Motion to Expedite (ECF No. 13 & 13-1).

The docket entry consists of two motions, titled and signed separately, but the Motion to Expedite is filed as an Attachment (ECF No. 13-1) Therefore the filing does not comply with the requirements of Local Rule 7.1(c) that requires all motions be filed separately. The undersigned recognizes the nuance in this determination, but each Motion requires single and separate consideration by the Court. For these reasons the Court **STRIKES (ECF No. 13) and all attachments**.

**IT IS SO ORDERED** on November 23, 2026.

Shon T. Erwin

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE